IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Farzan Roohparvar, | NO. C 05-04222 JW |
| Plaintiff, | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Fairchild Semiconductor Corp., | |
| Defendant. | |

In light of the parties' joint case management statement informing the Court that the parties have scheduled mediation with a private mediator on May 18, 2006, the Court vacates the presently scheduled case management conference on May 8, 2006 to accommodate the parties' efforts to resolve the case. The new case management conference is scheduled for **June 5, 2006 at 10 a.m.** Pursuant to the Local Rules of this Court, the parties shall file an updated joint case management statement.

Dated: May 3, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gerald A. Emanuel jemanuel@hinklelaw.com
Joel P Waelty jwaelty@hinklelaw.com
Joel P Waelty jwaelty@hinklelaw.com
Michael Mayron mmayron@hinklelaw.com
Sharon S. Kirsch skirsch@mfmlaw.com

**Dated: May 3, 2006**					**Richard W. Wieking, Clerk**

						**By: /s/ JW Chambers**
						    **Melissa Peralta**
						    **Courtroom Deputy**