1  SHARON KIRSCH (157157)
   McMANIS FAULKNER & MORGAN
2  A Professional Corporation
   50 West San Fernando Street, 10th Floor
3  San Jose, California 95113
   Telephone:   (408) 279-8700
4  Facsimile:   (408) 279-3244
   SKirsch@mfmlaw.com
5
   Attorneys for Fairchild Semiconductor
6  Corporation

**IT IS SO ORDERED**
*[signature]*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FARZAN ROOHPARVAR,<br><br>  Plaintiff,<br><br>vs.<br><br>FAIRCHILD SEMICONDUCTOR OF CALIFORNIA,<br><br>  Defendant. | Case No. C05-04222 JW<br><br>**STIPULATION AND ORDER RESETTING JUNE 5, 2006 CASE MANAGEMENT CONFERENCE TO JUNE 12, 2006**<br><br>**Judge:** The Honorable James Ware<br>**Action Filed: September 8, 2005** |

## STIPULATION

As case management conference was set for May 8, 2006. On May 3, 2006 the Court vacated the May 8th case management conference and scheduled a new case management conference for June 5, 2006 at 10:00 a.m. Attorneys for defendant had a preexisting appointment that conflicts with the June 5, 2006 case management conference.

///

///

///

IT IS HEREBY STIPULATED by and between the parties, through their respective counsel, that the case management conference currently set before this Court on June 5, 2006, at 10:00 a.m., in Department 8, shall be continued to June 12, 2006, at 10:00 a.m., in Department 8.

DATED: May 8, 2006

McMANIS FAULKNER & MORGAN

_____
SHARON KIRSCH
Attorneys for Defendant

DATED: May ___, 2006

HINKLE, JACHIMOWICZ, POINTER & MAYRON

_____
GERALD A. EMANUEL
Attorneys for Plaintiff

IT IS SO ORDERED.

DATED: May 8, 2006

_____
HONORABLE JAMES WARE
United States District Judge

1　　　　IT IS HEREBY STIPULATED by and between the parties, through their respective

2　counsel, that the case management conference currently set before this Court on June 5, 2006, at

3　10:00 a.m , in Department 8, shall be continued to June 12, 2006, at 10:00 a.m., in Department 8.

4

5

6　DATED: May ___, 2006　　　　　　　　　　McMANIS FAULKNER & MORGAN

7

8　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　SHARON KIRSCH
9　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant

10

11　DATED: May 8, 2006　　　　　　　　　　HINKLE, JACHIMOWICZ, POINTER
　　　　　　　　　　　　　　　　　　　　　　& MAYRON
12

13

14　　　　　　　　　　　　　　　　　　　　　GERALD A. EMANUEL
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
15

16　IT IS SO ORDERED.

17
　　　　　May 15, 2006
18　DATED: ~~May 5, 2006~~

19　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES WARE
　　　　　　　　　　　　　　　　　　　　　　United States District Judge
20

21

22

23

24

25

26

27

28