IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Farzan Roohparvar, | NO. C 05-04222 JW |
| Plaintiff, | **ORDER CONTINUING HEARING ON MOTION AND VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Fairchild Semiconductor Corporation, | |
| Defendant. | |

In light of the parties' joint statement regarding ongoing settlement discussions, the Court continues the hearing on Defendant's Motion for Summary Judgment presently scheduled on February 12, 2007 to **March 19, 2007[1] at 9 a.m.** The case management conference is VACATED. The Court will reschedule the conference in its Order regarding the summary judgment motion.

Dated: January 29, 2007

JAMES WARE
United States District Judge

---

[1] The date in which the parties have selected for the hearing is not available as the Court's calendar is full. The Court encourages the parties to continue their settlement discussions, and as stated in their stipulation, to "finalize" their agreement by February 12, 2007. In the event the Court receives a stipulated dismissal by February 12, 2007, all pretrial dates will be vacated.

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gerald A. Emanuel jemanuel@hinklelaw.com
Michael Mayron mmayron@hinklelaw.com
Sharon S. Kirsch skirsch@mfmlaw.com

**Dated: January 29, 2007**　　　　　　　　　　　**Richard W. Wieking, Clerk**

　　　　　　　　　　　　　　　　　　　　　　　　**By:  /s/ JW Chambers**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Elizabeth Garcia**
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Courtroom Deputy**