1
2
3
4
5
6
7     IN THE UNITED STATES DISTRICT COURT
8     FOR THE NORTHERN DISTRICT OF CALIFORNIA
9     SAN JOSE DIVISION

| | |
|---|---|
| Farzan Roohparvar, | NO. C 05-04222 JW |
| Plaintiff, | **ORDER TO SHOW CAUSE RE: SETTLEMENT** |
| v. | |
| Fairchild Semiconductor Corp., et al., | |
| Defendants. | |

On February 12, 2007, Mediator Jack Williams informed the Court that the above-entitled matter has reached a settlement. In light of the settlement, the Court vacates all trial and pretrial dates, including the hearing on Defendant's Motion for Summary Judgment presently scheduled on March 19, 2007. On or before April 30, 2007, the parties shall file a stipulated dismissal pursuant to Federal Rule of Civil Procedure 41(a).

If a dismissal is not filed by the specified date, all parties shall appear in Courtroom No. 8, 4th Floor, United States District Court, 280 South First Street, San Jose, Ca. on **May 7, 2007 at 9:00 a.m.** and to show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(b). On or before April 30, 2007, the parties shall file a joint statement in response to the Order to Show Cause. The joint statement shall set forth the status of the activities of the parties for finalizing the settlement and how much additional time is requested to finalize and file the dismissal. If a voluntary dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated.

Failure to comply with any part of this Order will be deemed sufficient grounds to dismiss this action.

Dated: March 12, 2007

                                              JAMES WARE
                                              United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Gerald A. Emanuel jemanuel@hinklelaw.com
Michael Mayron mmayron@hinklelaw.com
Sharon S. Kirsch skirsch@mfmlaw.com

**Dated: March 12, 2007**  **Richard W. Wieking, Clerk**

**By:      /s/ JW Chambers
         Elizabeth Garcia
         Courtroom Deputy**