1  SHARON KIRSCH (157157)
   McMANIS FAULKNER & MORGAN
2  A Professional Corporation
   50 West San Fernando Street, 10th Floor
3  San Jose, California 95113
   Telephone:    (408) 279-8700
4  Facsimile:    (408) 279-3244
   SKirsch@mfmlaw.com
5
   Attorneys for Fairchild Semiconductor
6  Corporation

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                          SAN JOSE DIVISION
11

12  FARZAN ROOHPARVAR,              | Case No. C05-04222 JW
13       Plaintiff,                 |
14  vs.                             | **STIPULATION AND ORDER RE: DISMISSAL**
15  FAIRCHILD SEMICONDUCTOR OF      |
    CALIFORNIA,                     |
16       Defendant.                 |
17                                  | Judge:    The Honorable James Ware
                                    | Action Filed: September 8, 2005
18

19                              **STIPULATION**

20      IT IS HEREBY STIPULATED by and between the parties, through their respective

21  counsel, pursuant to Fed. R. Civ. P. 41(a), that this case shall be dismissed with prejudice, each

22  party to bear his/its own attorneys fees and costs.

23

24
    DATED: March 14, 2007                    McMANIS FAULKNER & MORGAN
25

26
                                             _____
27                                           SHARON KIRSCH
                                             Attorneys for Defendant
28
                                         1
Roohparvar vs. Fairchild Semiconductor Corporation, Case No.: C05-04222;
STIPULATION AND ORDER RE DISMISSAL

1

2

3    DATED: March 14, 2007        HINKLE, JACHIMOWICZ, POINTER & MAYRON

4

5                                                      GERALD A. EMANUEL

6                                                      Attorneys for Plaintiff

7    IT IS SO ORDERED.

8

9    DATED: March 15, 2007

10

11                                                     HONORABLE JAMES WARE
                                                       United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Roohparvar vs. Fairchild Semiconductor Corporation, Case No.: C05-04222;
STIPULATION AND ORDER RE DISMISSAL